In the Matter of JONATHAN A. LAVELL, Appellant, et al., Petitioners, v ERIN K. BAKER et al., Respondents, and RALPH M. MOHR, Appellant.

Submitted August 30, 2017; decided August 30, 2017

Motion by Ralph M. Mohr for leave to appeal dismissed upon the ground that he is not a party aggrieved (see CPLR 5511). Motion by Jonathan A. LaVell for leave to appeal denied.

DAVID ANDERSON, Respondent, v MSG HOLDINGS, L.P., et al., Appellants.

Submitted June 5, 2017; decided September 7, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.

CARMEN BRITT, Individually and as Executor of LULA BAITY, Deceased, Appellant, v BUFFALO MUNICIPAL HOUSING AUTHORITY et al., Defendants, and GRACE MANOR HEALTH CARE FACILITY, INC., et al., Respondents.

Submitted June 19, 2017; decided September 7, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.